NO. 07-03-0142-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

NOVEMBER 3, 2004

_____

MINERAL EXCHANGE, LTD., APPELLANT

V.

TEXACO INC., ET AL., APPELLEES

_____

FROM THE 223RD DISTRICT COURT OF GRAY COUNTY;

NO. 31976; HONORABLE LEE WATERS, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Pending before this Court is an agreed motion filed by appellants/conditional appellees Mineral Exchange, Ltd., Kaari Oil Company, and Bourland and Leverich Oil and Gas, Ltd. and appellees/conditional appellants Texaco Exploration and Production, Inc. and Pioneer Natural Resources USA, Inc. by which they request this appeal be dismissed

with prejudice and that each party bear its own costs and fees. Without passing on the merits of the appeal, the motion is granted. Having dismissed the appeal at the request of all parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed with prejudice. *See* Tex. R. App. P. 42.1(a)(2)(A).

Don H. Reavis
Justice